

**FILED**
**May 18, 2026**
**08:35 AM(CT)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**

# TENNESSEE BUREAU OF WORKERS' COMPENSATION
# IN THE COURT OF WORKERS' COMPENSATION CLAIMS
# AT GRAY

**DEBORAH SMITH,**
        **Employee**,

v.

**BALLAD HEALTH,**
        **Employer**.

**Docket No. 2021-02-0531**

**State File No. 93161-2018**

**Judge Brian K. Addington**

---

## AGREED COMPENSATION ORDER
## DISMISSING PETITION

---

This case came before the Court on May 14, 2026, by Agreed Motion for Voluntary Dismissal. The parties agreed that they resolved the open medical problems between them. Ms. Smith will continue to have open medical benefits based on the previous settlement agreement.

THEREFORE, IT IS ORDERED that the above matter is dismissed. The filing fee of $150.00 is taxed to Ballad Health under Tennessee Compilation Rules and Regulations 0800-02-21-.24(3) (2026) for which execution may issue, as necessary.

**It is ORDERED.**

**ENTERED May 18, 2026.**

                **Brian K. Addington**

                _____
                **JUDGE BRIAN K. ADDINGTON**
                **Court of Workers' Compensation Claims**

**CERTIFICATE OF SERVICE**

I certify that a copy of this order was sent as shown on May 18, 2026.

| Name | Mail | Email | Service sent to: |
|------|------|-------|------------------|
| Deborah Smith, Employee | | X | ████████████████ |
| Michael Forester, Employer's Attorney | | X | mforrester@hsdlaw.com<br>jtorres@hsdlaw.com |

_____

**PENNY SHRUM, COURT CLERK**
**wc.courtclerk@tn.gov**